### JONES v. THE STATE.
(Decided November 26th, 1914.)

APPEAL from Marion Circuit Court.

. Heard before Hon. BERNARD HARWOOD.

No counsel marked for appellant.   ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam.   Appeal dismissed.

---

### KITCHENS v. WORTHY & TWILLEY.
(Decided November 19th, 1914.)

APPEAL from Clay County Court.

Heard before Hon. E. J. GARRISON.

No counsel marked for either party.

Per curiam.   Affirmed on certificate.

---

### McMILLON v. THE STATE.
(Decided November 12th, 1914.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for appellant.   ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam.   Appeal dismissed.

---

### MASSEY v. THE STATE.
(Decided November 12th, 1914.)

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

C. E. O. TIMMERMAN, for appellant.   ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam.   Dismissed by appellant.